■ In the Matter of GEORGE GINTHER, Appellant, v MARY O'GRADY GINTHER, Respondent. (Appeal No. 2.) [782 NYS2d 388]— Appeal from an order of the Family Court, Erie County (James H. Dillon, J.), entered January 10, 2003. The order denied petitioner's objections to the Hearing Examiner's order granting respondent's motion for an award of counsel fees.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs.

Same memorandum as in *Matter of Ginther v Ginther* (11 AD3d 977 [2004]). Present—Pigott, Jr., P.J., Green, Pine and Hurlbutt, JJ.